```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JACQUELYN ORTIZ,                                                   :
                                                                   :
                         Plaintiff,                                :
                                                                   :           20-cv-5816 (LJL)
        -v-                                                        :
                                                                   :              ORDER
ANDREW M. SAUL, COMMISSIONER OF SOCIAL                             :
SECURITY,                                                          :
                                                                   :
                         Defendant.                                :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

This action was initiated by complaint on July 27, 2020. Dkt. No. 1. The Standing Order in this Court requires, pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), Defendant to file the certified transcript of administrative proceedings within 90 days after service. Dkt. No. 8. Plaintiff submitted an affidavit indicating that service was made on October 13, 2020. Dkt. No. 14. Defendant did not file the transcript within 90 days, by January 11, 2021, and has not appeared in this action.

It is hereby ORDERED that Defendant shall file the transcript of administrative proceedings by January 29, 2021, or show cause as to why it has failed to comply with the Court's order.

Plaintiff is directed to send a copy of this Order to Defendant.

SO ORDERED.

Dated: January 21, 2021
       New York, New York                        _____
                                                         LEWIS J. LIMAN
                                                    United States District Judge