# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JACQUELYN ORTIZ,

                                   Plaintiff,                        20 **CIVIL** 5816 (LJL)

                                  -v-                                **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

                                  Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 15, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            July 16, 2021

                                                          **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                        **BY:**
                                                                **Deputy Clerk**